AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| DANIEL SHAFFER <br><br> *Plaintiff(s)* <br> v. <br> REGIONAL RECOVERY SERVICES, INC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Regional Recovery Service
PO Box 3333
Munster, IN 46321

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/3/2014

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Regional Recovery Services, Inc.
was received by me on *(date)*  June 3rd, 2014

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Tom Hyberger, Director , who is designated by law to accept service of process on behalf of *(name of organization)*  Regional Recovery Services, Inc.  on *(date)*  June 5th, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  50.00  for travel and $  0.00  for services, for a total of $  5 0.00

I declare under penalty of perjury that this information is true.

Date:  June 6th, 2014

*Server's signature*

William G. Sheehan, Licensed Private Investigator
*Printed name and title*

2158 45th Avenue, Suite 221
Highland, Indiana 46322
*Server's address*

Additional information regarding attempted service, etc: